

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Sammi Malek*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*

*Direct Dial: (973) 645-2919*

July 14, 2023

<u>Via ECF and Email</u>

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: <u>United States v. William Panzera, et al.</u>,
       Crim. No. 19-390 (SDW)

Dear Judge Wigenton:

  The Government respectfully requests a brief adjournment through Tuesday, July 18, 2023 to file its opposition to the pretrial motions filed by defendants William Panzera, Thomas Padovano, and Sean Tighe, which is presently due today. Counsel for the defendants consents to the requested adjournment. If the Court is inclined to grant the Government's request, the Government also respectfully requests that the Court similarly extend the deadline for the defense to file its reply from Friday, July 21, 2023 to Tuesday, July 25, 2023.

  Thank you in advance for your consideration.

            Respectfully Submitted,

            PHILIP R. SELLINGER
            United States Attorney

            By: Sammi Malek
            Assistant U.S. Attorney

Cc: All counsel of record (via ECF and email)

SO ORDERED.

*[signature]*

Hon. Susan D. Wigenton
United States District Judge
Dated: July 14, 2023