UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICAN<br><br>v.<br><br>WILLIAM PANZERA, THOMAS PADOVANO, BARTHOLOMEW PADOVANO, and, SEAN TIGHE | Hon. Susan D. Wigenton<br><br>Crim. No. 19-390<br><br>**ORDER FOR A CONTINUANCE** |

    This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Sammi Malek, Assistant United States Attorney), and defendants William Panzera (by Jeffrey G. Garrigan, Esq.), Thomas Padovano (by Michael Baldassare, Esq. and Charles Kennedy, Esq.), and Bartholomew Padovano (by Christopher D. Adams, Esq.), for an order granting a continuance of proceedings in the above-captioned matter in light of the adjournment of the current trial date; and the defendants being aware that they have the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and each of the defendants having consented to such continuance and having waived such right; and for good cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1)    On December 19 , 2023, the Court set the trial in this matter to commence for September 3, 2024;

(2)   On July 17, 2024, pursuant to a joint application by the parties, the Court modified the schedule and scheduled jury selection to begin on September 11, 2024, and trial to commence on September 16, 2024;

(3)   The failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation for trial;

(4)   The grant of a continuance will likely conserve judicial resources;

(5)   Each of the defendants has consented to the aforementioned continuance; and,

(6)   As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 19th day of July, 2024;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through September 16, 2024; and it is further

ORDERED that the period from the date this Order is signed through September 16, 2024 be and it hereby is excluded in computing time under the

2

Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

                                              HONORABLE SUSAN D. WIGENTON
                                              United States District Judge

Form and entry consented to:

Sammi Malek  
Assistant U.S. Attorney

Michael Baldassare, Esq.  
Charles Kennedy, Esq.  
Counsel for Thomas Padovano

Christopher D. Adams, Esq.  
Counsel for Bartholomew Padovano

Jeffrey G. Garrigan, Esq.  
Counsel for William Panzera